**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KAREN J. WILSON, *et al.,* | 2:12-cv -00051-LDG-VCF |
| Plaintiffs, | **ORDER** |
| vs. | **[Motion to Clarify and Request for Revision of Minute Order Dated December 19, 2012 (#126)]** |
| JESSE R. CRUZ, *et al.,* | |
| Defendants. | |

Before the Court is Defendants' Clem-Trans, Inc., Glory Clemons-Brown, Jose Castro, Manuel Solorzano, Geovany Martinez, Salvador Villalobos (hereafter "Clem-Trans, Inc."), Motion to Clarify and Request for Revision of Minute Order Dated December 19, 2012. (#126).

On December 17, 2012, the parties filed a Stipulation for Extension of Time of Discovery Deadlines. (#123). On December 19, 2012, the Court granted the Stipulation and Order to Extend Discovery Deadlines (First Request) – Pending Motion to Extend Filed by Plaintiff (#124) and entered a Minute Order scheduling a hearing for January 24, 2013 (#125).

On December 21, 2012, Defendants Clem-Trans, Inc. filed the Motion to Clarify and Request for Revision of Minute Order Dated December 19, 2012. (#126). Defendants Clem-Trans, Inc. stated in their motion that the parties have agreed to all discovery deadlines except for the initial expert disclosure and the rebuttal expert disclosure deadlines. Defendants Clem-Trans, Inc. request the Court to clarify the Minute Order scheduling a hearing for January 24, 2013 (#125).

1  The Court did not make any ruling in its Minute Order. *Id.* In fact, the purpose of the Court's
2  Minute Order is to schedule a hearing for January 24, 2013. *Id.*
3  IT IS HEREBY ORDERED that Defendants' Motion to Clarify and Request for Revision of
4  Minute Order Dated December 19, 2012 (#126) is DENIED. To the extent necessary, the Minute Order
5  (#125) can be clarified during the hearing on January 24, 2013 at 10:00 a.m. in Courtroom 3D.
6  DATED this 26th day of December, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE