PAT LUNDVALL (NSBN 3761)
CRAIG A. NEWBY (NSBN 8591)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:     702.873.4100
Facsimile:      702.873.9966
lundvall@mcdonaldcarano.com
cnewby@mcdonaldcarano.com

*Attorneys for Defendant Wabash National Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, an individual; MARIA CRUZ, an individual; and GEOVANY MARTINEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WABASH NATIONAL CORPORATION; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, <br><br> Defendants. | Case No.:     2:12-cv-01627-JAD-CWH <br><br> **DEFENDANT WABASH NATIONAL CORPORATION'S NOTICE OF RELATED CASES** |

Pursuant to LR 7-2.1(b), Defendant Wabash National Corporation ("Wabash") provides notice that a minimum of two other cases pending before the Court involve the same April 17, 2010 accident at issue in this case:

*Cruz et al. v. Durbin et al.*, **Case No. 2:11-cv-00342-APG-VCF;**

Jesse Cruz, Maria Cruz, and Geovany Martinez sued Danny Durbin (the driver of the second semi-truck that struck Plaintiffs' semi-truck) and Mr. Durbin's employer for 1) negligence, 2) negligence per se, 3) loss of consortium, 4) respondeat superior, and 5) infliction of emotional distress.

*Wilson v. Cruz et al.*, **Case No. 2:12-cv-00051-LDG-VCF;**

Plaintiff Karen J. Wilson is the widower of Larry Wilson and the administrator of his estate. Plaintiff alleges that Larry Wilson was a passenger in the second semi-truck driven by Danny Durbin

1

and died as a result of the April 17, 2010 accident.  Plaintiff sued Jesse Cruz, Geovany Martinez, and numerous other parties for negligence, negligence *per se*, and wrongful death.

RESPECTFULLY SUBMITTED this 25th day of November, 2013.

McDONALD CARANO WILSON LLP

By: /s/ Craig A. Newby
PAT LUNDVALL (#3761)
CRAIG A. NEWBY (#8591)
2300 W. Sahara Avenue, #1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
plundvall@mcdonaldcarano.com
cnewby@mcdonaldcarano.com

*Attorneys for Defendant Wabash National Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 25th day of November, a true and correct copy of the foregoing **DEFENDANT WABASH NATIONAL CORPORATION'S NOTICE OF RELATED CASES** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification in the above-captioned case, as well as to all counsel of record registered to receive CM/ECF notification in **Case No. 2:11-cv-00342-APG-VCF** and **Case No. 2:12-cv-00051-LDG-VCF.**

   /s/ Marianne Carter
An employee of McDonald Carano Wilson LLP

283056.1