# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, an individual; MARIA CRUZ, an individual; GEOVANY MARTINEZ, and individual,<br><br>    Plaintiffs,<br><br>v.<br><br>DANNY DURBIN, an individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive;<br><br>    Defendants.<br>_____<br>LEXINGTON INSURANCE COMPANY, as subrogee for Champion Transportation Services, Inc.,<br><br>    Counter-Claimant-in-Intervention,<br><br>v.<br><br>JESSE CRUZ, an individual,<br><br>    Counter-defendant-in-Intervention. | Consolidated<br><br>Case No. 2:11-cv-0342-LDG-VCF (base file)<br><br>Case No. 2:12-cv-0051-LDG-VCF<br><br>Case No. 2:12-cv-1627-LDG-VCF<br><br>**ORDER** |

1 | KAREN J. WILSON, individually and as Independent Administrator of the ESTATE of
2 | LARRY A. WILSON, a deceased person,
3 |   Plaintiffs,
4 | v.
5 | JESSE R. CRUZ, individually and as Agent of CLEM-TRANS, INC., a foreign corporation;
6 | JOSE CASTRO; CLEM-TRANS, INC., a foreign corporation, U.S. EXPRESS
7 | ENTERPRISES, INC., a Nevada corporation; A.P. EXPRESS, L.L.C., a foreign limited
8 | liability company; A.P. EXPRESS WORLDWIDE, L.L.C., a foreign limited
9 | liability company, DOES INDIVIDUALS I-X and ROES CORPORATIONS, LIMITED
10 | LIABILITY COMPANIES, and OTHER CORPORATE ENTITIES XI-XX, inclusive;
11 |
12 |   Defendants.
13 | JESSE CRUZ, an individual; MARIA CRUZ, an individual; GEOVANY MARTINEZ, an
14 | individual;
15 |   Plaintiffs,
16 | v.
17 | WABASH NATIONAL CORPORATION; DOES I through XX, INCLUSIVE; and ROE
18 | BUSINESS ENTITIES I through XX;
19 |   Defendants.

It has come to the court's attention that the motion to intervene (#37), the motion to dismiss (#40), and the motion to compel and for discovery sanctions (#44) in Case No. 2:12-cv-1627-LDG-VCF have not been filed in Case No. 11-cv-0342-LDG-VCF (base file) in accordance with the consolidation order (#24).  Therefore,

2

THE COURT HEREBY ORDERS that within twenty days of the filing of this order the above-identified motions and related briefs of the parties shall be re-filed in the base file. If any other party wishes to respond to said filings, they should so move the court.

Dated this 2 day of September, 2014.

_____
Lloyd D. George
United States District Judge