1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Anne E. Padgett
4  Nevada Bar No. 6772
     *anne.padgett@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7
   Attorneys for Defendants
8  CLEM-TRANS, INC.; GLORY CLEMONS-
   BROWN; GEOVANY MARTINEZ, MANUEL
9  A. SOLORZANO; JOSE CASTRO;
   SALVADOR VILLALOBOS;
10 and Counter-Defendant-in-Intervention JESSE
   CRUZ
11
12
13                    UNITED STATES DISTRICT COURT
14              DISTRICT OF NEVADA, SOUTHERN DIVISION
15
16
17 JESSE CRUZ, an Individual; MARIA CRUZ,    Case No. 2:11-cv-00342-LDG-VCF
   an Individual; GEOVANY MARTINEZ, an
18 Individual,                              CONSOLIDATED WITH:
19                                          2:12-cv-00051-LDG-VCF
             Plaintiffs,                    And
20                                          2:12-cv-01627-JAD-CWH
         v.
21                                          **STIPULATION AND ORDER FOR
   DANNY DURBIN, an Individual;             DISMISSAL**
22 CHAMPION TRANSPORTATION
   SERVICES, INC. a foreign corporation;
23 CHAMPION LOGISTICS GROUP, INC., a
   foreign corporation; DOES I through XX,
24 inclusive; and ROE BUSINESS ENTITIES I
   through XX, inclusive,
25
             Defendants.
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

13456-00047 3172848.1

1   LEXINGTON INSURANCE COMPANY, as
Subrogee for Champion Transportation

2   Services, Inc.,

3                  Counter-Claimant/Intervenor,

4      v.

5   JESSE CRUZ, an Individual,

6                  Counter-Defendant-in-
Intervention.

7

8

9   KAREN J. WILSON, Individually and as
Independent Administrator of the Estate of
LARRY A. WILSON, a Deceased Person ,

10

                  Plaintiffs,

11

12      v.

13   JESSE R. CRUZ, Individually and as Agent of
Clem-Trans, Inc., a foreign corporation;
GEOVANY MARTINEZ, Individually and as

14   Agent of Clem-Trans, Inc., a foreign
corporation; JOSE CASTRO, Individually and

15   as Agent of Clem-Trans, Inc., a foreign
corporation; SALVADOR VILLALOBOS,

16   Individually and d/b/a Villalobos Trucking and
as Agent of Clem-Trans, Inc., a foreign

17   corporation; SALVADOR SOLORZANO,
Individually and d/b/a SS Trucking, and as

18   Agent of Clem-Trans, Inc., a foreign
corporation; MANUEL A. SOLORZANO,

19   Individually and d/b/a Manuel A. Solorzano
Trucking, and as Agent of Clem-Trans, Inc., a

20   foreign corporation; GLORY CLEMONS-
BROWN, Individually and as Agent of Clem-

21   Trans, Inc., a foreign corporation, URISTAS
TRANSPORTS, INC., a foreign corporation

22   MAS TRUCKING, INC., a foreign
corporation; CLEM-TRANS, INC., a foreign

23   corporation; MATHESON FAST FREIGHT,
INC., a foreign corporation; MATHESON

24   POSTAL SERVICES, INC., a foreign
corporation; MATHESON TRUCKING, INC.,

25   a foreign corporation; DEPENDABLE
HIGHWAY EXPRESS, INC., a foreign

26   corporation, Individually and as Successor-in-
interest to Matheson Trucking Inc.; DOE(S)

27   (INDIVIDUALS) II-X and  ROE(S)
CORPORATION(S) LIMITED LIABILITY

28   COMPANIE(S) AND OTHER CORPORATE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W  SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

13456-00047 3172848.1                        2

1   ENTITIE(S)) XIII-XX, inclusive,

2         Defendants.

3   _____

4   JESSE CRUZ, an individual; MARIA CRUZ,
    an individual; GEOVANY MARTINEZ, an
5   individual;

6         Plaintiffs,

7         v.

8   WABASH NATIONAL CORPORATION;
    DOES I through XX, INCLUSIVE; and ROE
9   BUSINESS ENTITIES I through XX,
    inclusive,
10
          Defendants.
11  _____

12       IT IS HEREBY STIPULATED by the parties above named, by and through their respective

13  counsel of record, that the above-entitled matter identified as case number 2:12-cv-00051-LDG-VCF

14  be dismissed with prejudice, including specifically:

15       A.    Defendant JESSE R. CRUZ, Individually, as Agent of CLEM-TRANS, INC., a foreign

16  corporation;

17       B.    Defendant GEOVANY MARTINEZ, Individually and as Agent of CLEM-TRANS,

18  INC., a foreign corporation (hereinafter "MARTINEZ");

19       C.    Defendant JOSE CASTRO, Individually and as Agent of CLEM-TRANS, INC., a

20  foreign corporation (hereinafter "CASTRO");

21       D.    Defendant SALVADOR VILLALOBOS, Individually, dba SS Trucking, and as Agent

22  of CLEM-TRANS, INC., a foreign corporation (hereinafter "VILLALOBOS)";

23       E.    Defendant MANUEL A. SOLORZANO, Individually, dba Manuel A. Solorzano

24  Trucking, and as Agent of CLEM-TRANS, INC. a foreign corporation (hereinafter "SOLORZANO");

25       F.    Defendant GLORY CLEMONS-BROWN, Individually and Agent of CLEM-TRANS,

26  INC., a foreign corporation (hereinafter "CLEMONS-BROWN"); and

27       G.    Defendant CLEM-TRANS, INC., a foreign corporation (hereinafter "CLEM-

28  TRANS").

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

13456-00047 3172848.1          3

1    H.    Defendant URISTAS TRANSPORTS, INC., a foreign corporation;

2    I.    MAS TRUCKING, INC., a foreign corporation;

3    J.    MATHESON FAST FREIGHT, INC., a foreign corporation;

4    K.    MATHESON POSTAL SERVICES, INC., a foreign corporation;

5    L.    MATHESON TRUCKING, INC., a foreign corporation;

6    M.    DEPENDABLE HIGHWAY EXPRESS, INC., a foreign corporation, Individually and

7   as Successor-in-interest to Matheson Trucking Inc.;

8         It is hereby further stipulated that the Lexington Insurance Company's Counter-Claim-in-

9   Intervention against Counterdefendant-In-Intervention, Jesse Cruz, in case number 2:11-cv-00342-

10   LDG-VCF also be dismissed with prejudice.

11        Trial in this matter has not been scheduled.  Each party is to bear their own fees and costs.

12   Dated this  18th day of December, 2014.          Dated this 18th day of December, 2014.

13   //s// Anne E. Padgett                             //s// Todd A. Bresney
     Anne E. Padgett, Esq.                             Todd A. Bresney, Esq.
14   MCCORMICK BARSTOW                                 KANOSKI BRESNEY
     8337 W. Sunset, Suite 350                         237 E. Front Street
15   Las Vegas, NV  89113                              Bloomington, Illinois 61701
     *Attorneys for Defendants*                        *Attorneys for Plaintiff*
16   *Clem-Trans, Inc., Glory Clemons-Brown;*          *Karen Wilson*
     *Geovanny Martinez, Manuel A. Solorzano, Jose*
17   *Castro, Salvador Villalobos and Counter-*
     *Defendant-in-Intervention Jesse Cruz*
18

19   Dated this 18th day of December, 2014.            Dated this 18th day of December, 2014.

20   //s// Christian Gabroy                            //s// Loren S. Young
     Christian Gabroy, Esq.                            Loren S. Young, Esq.
21   GABROY LAW OFFICES                                LINCOLN GUSTAFSON & CERCOS
     170 S. Green Valley Parkway, Ste. 280             3960 Howard Hughes Pkwy, Ste. 200
22   Henderson, Nevada 89012                           Las Vegas, Nevada 89169
     *Attorneys for Plaintiff*                         *Attorneys for Defendant*
23   *Karen Wilson*                                    *Jesse Cruz*

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

13456-00047 3172848.1                              4

Dated this 18th day of December, 2014.

//s// Michael E. Hottman
Bruce Scott Dickinson, Esq.
Michael E. Hottman, Esq.
STEPHENSON & DICKINSON, P.C.
2820 W. Charleston Blvd., Ste 19B
Las Vegas, Nevada 89102
*Attorneys for Defendants*
*Danny Durbin, Navistar, Inc. & Champion*
*Transportation Services, Inc.*

Dated this 18th day of December, 2014.

//s// Richard Young
Richard Young, Esq.
BELL AND YOUNG, LTD.
4001 Meadows Lane
Las Vegas, Nevada 89107
*Attorneys for Intervenor/Counter-Claimant*
*Lexington Insurance Co.*

Dated this 18th day of December, 2014.

//s// Ronald D. Rosengarten
Ronald D. Rosengarten, Esq.
ROSENGARTEN & ASSOCIATES
28632 Roadside Drive, Suite 212
Agoura Hills, California 91301
*Attorneys for Intervenor*
*Imperium Insurance Co.*

Dated this 22nd day of December, 2014.

//s// Patrick McKnight
Patrick McKnight, Esq.
7473 W. Lake Mead Boulevard, Ste. 100
Las Vegas, Nevada 89128
*Attorneys for Plaintiffs*
*Jesse Cruz, Maria Cruz & Geovany Martinez*

Dated this 18th day of December, 2014.

//s// Reeve J. Segal
Reeve J. Segal, Esq.
Paul B. Hines, Esq.
Erin Lahey, Esq.
DENENBERG TUFFLEY, PLLC
10250 Constellation Blvd., Ste. 2320
Los Angeles, California 90067
*Attorneys for Intervenor/Counter-Claimant*
*Lexington Insurance Co.*

Dated this 18th day of December, 2014.

//s// Ramzy P. Ladah
Ramzy P. Ladah, Esq.
LADAH LAW FIRM
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*Jesse Cruz, Maria Cruz & Geovany Martinez*

Dated this 22nd day of December, 2014.

//s// Douglas W. Rennie
Douglas W. Rennie, Esq.
MONTGOMERY RENNIE & JONSON
36 E. 7th Street, Ste. 2100
Cincinnati, Ohio 45202
*Attorneys for Defendants*
*Danny Durbin, Navistar, Inc. & Champion*
*Transportation Services, Inc.*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

13456-00047 3172848.1                    5

1 | Dated this 22nd day of December, 2014.

2 | //s// Brian E. Holthus
Brian E. Holthus, Esq.

3 | JOLLEY URGA WIRTH WOODBURY &
STANDISH

4 | 3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169

5 | *Attorneys for Intervenor*
*Imperium Insurance Co.*

6 |

7 | **ORDER**

8 | IT IS SO ORDERED.

9 | DATED this 23 day of December, 2014.

10 | DISTRICT COURT JUDGE

11 | LLOYD D. GEORGE

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W Sunset Rd, Suite 350
Las Vegas, NV 89113

13456-00047 3172848.1                6